

# NUMBER 13-20-00203-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI-EDINBURG

**GUARDIANSHIP OF LEON R. BERNSEN SR.,
AN INCAPACITATED PERSON**

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Tijerina
Memorandum Opinion by Justice Tijerina**

Appellants Bernsen Farms, Ltd. (Bernsen Farms) and Dianna Bernsen individually and as general partner of Bernsen Farms, Ltd. filed an appeal of the trial court's order granting appellees Lynn Allison, Lea Brown, and Bradley Pickens's "Motion to Show Authority." *See* TEX. R. CIV. P. 12. Appellants have now filed a motion to dismiss the appeal, asserting they no longer wish to pursue their appeal, and requesting that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss a civil appeal upon a voluntary motion by the appellant).

Accordingly, without addressing the merits of the case, we grant appellants' motion to dismiss, and we dismiss the appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
10th day of March, 2022.